UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 2087**

**JUDGE BRIEANT**

JOSEPH BENDER

Plaintiff,

-v-

BRIAN JARVIS, POLICE CHIEF TOWN OF CHESTER, et al.

Defendant.

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

No private non-governmental corporate parties.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: March 3, 2008

Signature of Attorney

Attorney Bar Code: BSS-7147

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Form Rule7_1.pdf   SDNY Web 10/2007